**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| DANIEL ALEJANDRO ACEVEDO VELEZ, *Plaintiff* <br> v. <br> WARDEN, SOUTH TEXAS DETENTION COMPLEX, ICE FIELD OFFICE DIRECTOR, *Defendant* | § <br> § <br> § <br> §    Case No. SA-26-CA-01417-XR <br> § <br> § <br> § |

## ORDER TO CONSOLIDATE CASES

Petitioner in this case has three *pro se* habeas petitions pending before this Court: *Acevedo Velez v. Warden*, No. 5:26-cv-01563-XR (W.D. Tex.); *Acevedo Velez v. Warden*, No. 5:26-cv-01548-XR (W.D. Tex.) (the "Lead Case"); and *Acevedo Velez v. Warden*, No. 5:26-cv-01417-XR (W.D. Tex.).

Because these actions "involve a common question of law or fact," the Court will exercise its discretion to consolidate the actions under the Lead Case, in which the Federal Respondents filed a response. *See* Fed. R. Civ. P. 42(a) (permitting consolidation); *Gentry v. Smith*, 487 F.2d 571, 581 (5th Cir. 1973) ("The stated purpose of Rule 42(a) is to 'avoid unnecessary costs or delay', and hence the decision to invoke the rule is entirely within the discretion of the district court as it seeks to promote the administration of justice.").

Accordingly, cause numbers 5:26-cv-01563-XR and 5:26-cv-01417-XR are hereby **CONSOLIDATED** under the Lead Case, 5:26-cv-01548-XR.

1

It is so **ORDERED**.

**SIGNED** this April 2, 2026.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE